**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court

Check #.: **1059753**
Date: 02/20/2014

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0860614 | 00068 | ERNIE KEITH JACKSON & DENISE BUFORD JA | 7010 / 9025 | 7,879.92 | 1,008.48 | 0.00 | 1,008.48 |
| | | Original Check written to:<br>US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>P O BOX 4169<br>GREENVILLE, TX, 75403 | | | | | |
| 0960820 | 00005 | EVA N JIMMERSON | 1009787571 | 3,051.10 | 6,247.60 | 0.00 | 6,247.60 |
| | | Original Check written to:<br>ONEWEST BANK, FSB<br>6900 BEATRICE DRIVE<br>KALAMAZOO, MI, 49009 | | | | | |
| 0990266 | 00002 | WILSON MARTIN, JR. & ALMEDIA MARTIN | 19020-00140-00000-000000 | 0.00 | 309.87 | 54.15 | 364.02 |
| | | Original Check written to:<br>SABINE COUNTY<br>TAX COLLECTOR<br>P O DRAWER 310<br>HEMPHILL, TX, 75948 | | | | | |
| 1188888 | 00000 | Talton Adjustment | 09-10726 | 0.00 | 415.00 | 0.00 | 415.00 |
| | | Original Check written to:<br>TINA J. HOUSE<br>9765 FAGGARD RD<br>BEAUMONT, TX, 77707 | | | | | |
| 1210578 | 00002 | RUSSELL D. HOLLANDS & ROSE E. HOLLANDS | | 0.00 | 0.00 | 1.67 | 1.67 |
| | | Original Check written to:<br>CITIFINANCIAL<br>PO BOX 1646<br>NEDERLAND, TX, 77627 | | | | | |
| 1210765 | 00001 | LARRY J. BURCH | 6127 | 97,419.33 | 125.85 | 374.15 | 500.00 |
| | | Original Check written to:<br>JPMORGAN CHASE BANK, NATIONAL<br>ASSOCIATION<br>SUCCESSOR BY MERGER TO CHASE HOME<br>FINANCE, LLC<br>3415 VISION DRIVE<br>MAIL CODE: OH4-7142<br>COLUMBUS, OH, 43219 | | | | | |
| | | | **TOTALS** | 108,350.35 | 8,106.80 | 429.97 | 8,536.77 |